# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| AAC Commercial Building Corporation ) | ASBCA No. 59633 |
| (d/b/a Huryn Justice General Contractors) ) | |
| ) | |
| Under Contract No. N40085-11-D-8025 ) | |

APPEARANCES FOR THE APPELLANT:          Reginald M. Jones, Esq.
                                        Nicholas T. Solosky, Esq.
                                          Fox Rothschild LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Ronald J. Borro, Esq.
                                          Navy Chief Trial Attorney
                                        Stephen Bacon, Esq.
                                          Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59633, Appeal of AAC Commercial Building Corporation (d/b/a Huryn Justice General Contractors), rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals